**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01051-BNB

JOHN NASIOUS,

    Plaintiff,

v.

NURSE NANCY MUELLER, R.N., D.R.D.C.,
DR. BARRY GOLDSMITH, Physician Health Partners,
PAULA FRANTZ, M.D., P.H.P.,
STEPHEN KREIBS, M.D., Physician Health Partners,
JOSEPH G. FORTUNATO, D.O.,
JOANN STOCK, PA,
TEJENDER SINGH, PA,
JOHN SUTHERS, Attorney General, State of Colorado,
BRIAN R. WEBSTER, P.A.,
LT. JASON ZWIRN,
JOSEPH J. WERMERS, M.D.,
LT. SHANE McMAHIL,
CO JOHNSON,
NURSE NANCY WHITE,
CO ST. MARTIN,
CO KENNETH LEFEVER,
LT. MARK BOLT,
CAPTAIN WEINGARDT,
MAJOR JOHNSON,
CATHIE HOLST, Manager of Correctional Legal Services, AIC/ADA Inmate
    Coordinator,
ADRIENNE JACOBSON, Legal Assistant, Office of Correctional Legal Services,
    AIC/ADA Inmate Coordinator, and
JOHN DOE AND JANE DOE 1-10,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff's "Motion to Inquire About Response of Extension of Time" filed on July 13, 2009, is GRANTED.  The court entered a minute order on June 26, 2009, granting Plaintiff's prior motion for an extension of time.  To the extent Plaintiff is requesting another extension of time, that request also is GRANTED.  Plaintiff shall have up to and including **August 7, 2009**, to cure the deficiencies if he wishes to pursue his claims.

Dated:  July 14, 2009