IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-01051-ZLW-KMT

JOHN NASIOUS,

    Plaintiff,

v.

STATE OF COLORADO - OFFICE OF THE GOVERNOR BILL RITTER,
CAROL SOARES, Colorado Dept. of Corrections,
NURSE MARTHA MUELLER, Physician Health Partners,
DR. BARRY GOLDSMITH, Physician Health Partners,
PAULA FRANTZ, M.D., C.M.O, Colorado Dept. of Corrections,
STEPHEN KREIBS, M.D. - Physician Health Partners Agent of Record,
P.A. BRIAN WEBSTER, Physician Health Partners,
P.A. TEJENDER SINGH, Physician Health Partners,
ARISTEDES ZAVARAS, Executive Director, CDOC,
JOSEPH GARY FORTUNADO D.O., Physician Health Partners,
P.A. JOANN STOCK, Physician Health Partners,
NURSE NANCY WHITE, Physician Health Partners,
JOSEPH WERMERS, M.D., Physician Health Partners,
JOHN SUTHERS, Attorney General, State of Colorado,
CO ST. MARTIN, Colorado Dept. of Corrections,
CO KENNETH LEFEVER, Colorado Dept. of Corrections,
CO REGINA JOHNSON, Medical Department, Colorado Dept. of Corrections,
MAJOR JOHNSON, Colorado Dept. of Corrections,
CAPTAIN WEINGARDT, Colorado Dept. of Corrections,
LT. MARK BOLT, Colorado Dept. of Corrections,
LT. JASON ZWIRN, Colorado Dept. of Corrections,
LT. SHANE McMAHIL, Colorado Dept. of Corrections,
CATHIE HOLST, Manager of Correctional Legal Services ADA Coordinator/AIC, CDOC,
ADRIENNE JACOBSON, Legal Assistant, AIC/ADA Coordinator, CDOC,
WARDEN MARK BROADDUS, Colorado Dept. of Corrections,
MAJOR TWO BEARS CHAVES, Colorado Dept. of Corrections,
SGT. BECKY BALL, Colorado Dept. of Corrections,
LT. JIMERSON, Colorado Dept. of Corrections,
MS. HAVERLY, Librarian, Colorado Dept. of Corrections, and
JOHN DOE AND JANE DOE,

    Defendants.
_____

ORDER
_____

The matter before the Court is Plaintiff's "Order to Show Cause For A Preliminary Injunction And A Temporary Restraining Order" (Doc. No. 65). This motion was referred to Magistrate Judge Kathleen M. Tafoya pursuant to D.C.COLO.LCivR 72.1C. On March 2, 2010, the Magistrate Judge issued her Recommendation that Plaintiff's ""Order to Show Cause For A Preliminary Injunction And A Temporary Restraining Order" be denied (Doc. No. 83). No party filed objections to the Recommendation.

Having reviewed the record and the Recommendation, the Court is satisfied "that there is no clear error on the face of the record."[1] Accordingly, the Court accepts and adopts the Recommendation in its entirety, and it is

ORDERED that Plaintiff's "Order to Show Cause For A Preliminary Injunction And A Temporary Restraining Order" (Doc. No. 65) is denied.

DATED at Denver, Colorado, this 14th day of April, 2010.

BY THE COURT:

_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

---

[1] See Fed. R. Civ. P. 72(b) advisory committee's note; Summer v. Utah, 927 F.2d 1165, 1167 (10th Cir. 1991); Thomas v. Arn, 474 U.S. 140, 150 (1985).