IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01051-REB-KMT

JOHN NASIOUS,

        Plaintiff,

v.

STATE OF COLORADO - OFFICE OF THE GOVERNOR BILL RITTER,
NURSE MARTHA MUELLER, Physician Health Partners,
DR. BARRY GOLDSMITH, Physician Heath Partners,
PAULA FRANTZ, M.D. CMO, Colorado Dept. of Corrections,
STEPHEN KREIBS M.D. - Physician, Health Partners (Ft. Myers, FL.),
P.A. BRIAN WEBSTER, Physician Health Partners (Ft. Myers, FL),
PA TEJEENDER SINGH, Physician Health Partners,
ARISTEDES ZAVARAS, Executive Director CDOC,
JOSEPH GARY FORTUNADO D.O., Physician Health Partners,
P.A. JOANN STOCK, Physician Health Partners,
NURSE NANCY WHITE, Physician Health Partners,
JOSEPH WERMERS, M. D., Physician Health Partners,
CO ST. MARTIN, Colorado Dept. of Corrections,
CO REGINA JOHNSON, Medical Department Colorado Dept. of Corrections,
CAPTAIN WEINGARDT, Colorado Dept. of Corrections,
LT. MARK BOLD, Colorado Dept. of Corrections,
LT. JASON ZWIRM, Colorado Dept. of Corrections,
CATHIE HOLST, Manager of Correction Legal Services,
ADA Coordinator, AIC DCOC,
ADRIENNE JACOBSON, Legal Assistant AIC/ADA Coordinator CDOC,
SGT. BECKY BALL, Colorado Dept. of Corrections,
LT. JIMMERSON, Colorado Dept. of Corrections,
MS. HAVERLY LIBRAIAN, Colorado Dept. of Corrections, and
JOHN DOE AND JANE DOE, all in their individual and official capacities,

        Defendants.

## ORDER TO CURE DEFICIENCY

Blackburn, Judge

    Plaintiff submitted a Notice of Appeal on July 7, 2011 . The court has determined that the

document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)** **Filing Fee**
     <u> X </u>   is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     <u> X </u>   is not submitted
     <u>   </u>   is not on proper form (must use the court's current form)
     <u>   </u>   is missing original signature by plaintiff/petitioner on motion
     <u>   </u>   is missing affidavit
     <u>   </u>   affidavit is incomplete
     <u>   </u>   is missing original signature by plaintiff/petitioner on affidavit
     <u>   </u>   affidavit is not notarized or is not properly notarized
     <u>   </u>   other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order.  Any papers that Plaintiff filed in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 11th day of July, 2011.

BY THE COURT:

s/ Robert E. Blackburn

JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO