IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–01051–REB–KMT

JOHN NASIOUS,

    Plaintiff,

v.

CATHIE HOLST, Manager of Correctional Legal Services,
ADA Coordinator, AIC CDOC,
ADRIENNE JACOBSON, Legal Assistant AIC/ADA Coordinator CDOC, and
JOHN DOE AND JANE DOE, all in their individual and official capacities,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Plaintiff's John Nasious Request to the Court to Apply Liberal Reading to All Plaintiff's Motions and Litigation Attempts" (Doc. No. 219, filed August 3, 2011) is DENIED as moot. Because Plaintiff is proceeding *pro se*, the court is bound by *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972), to construe his pleadings liberally.

Dated: August 3, 2011